Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

_____Denton_____ Division

| | |
|---|---|
| Stephen Paul Dillenberg<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br>Chris Watts, Frank Dixon, Paul Johnson, Gerard Hudspeth, Jesse Davis, John Ryan, Paul Meltzer, Aaron Leal, Stephanie Berry, Juli Luke, Tracee Murphree<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. **4:20cv458-SDJ-CAN**<br>*(to be filled in by the Clerk's Office)*<br><br>FILED: **6/8/20**<br>U.S. DISTRICT COURT<br>EASTERN DISTRICT COURT<br>DAVID A. O'TOOLE, CLERK |

## COMPLAINT AND REQUEST FOR INJUNCTION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Stephen Paul Dillenberg DBA Cross Timbers NTX |
| Street Address | 1004 Abbots Lane |
| City and County | Denton, Denton |
| State and Zip Code | Texas 76205 |
| Telephone Number | 817-996-4791 |
| E-mail Address | crosstimbersntx@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 8

Scanned with CamScanner

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1
- Name: Christopher Watts
- Job or Title (if known): Mayor and Attorney and REALTOR
- Street Address: 419 S Carroll BLVD STE 1B
- City and County: Denton, Denton
- State and Zip Code: TX 76201
- Telephone Number:
- E-mail Address (if known): chris.watts@cityofdenton.com

Defendant No. 2
- Name: Frank Dixon
- Job or Title (if known): Police Chief
- Street Address: 601 E Hickory ST
- City and County: Denton and Denton
- State and Zip Code: TX 76205
- Telephone Number:
- E-mail Address (if known): frank.dixon@cityofdenton.com

Defendant No. 3
- Name: Paul Johnson
- Job or Title (if known): District Attorney
- Street Address: 1450 E McKinney Street STE 3100
- City and County: Denton and Denton
- State and Zip Code: TX 76209
- Telephone Number: 9403492600
- E-mail Address (if known): Paul.Johnson@cityofdenton.com

Defendant No. 4
- Name: TO BE NAMED
- Job or Title (if known): Judge - City Municipal Court
- Street Address: 215 E McKinney St
- City and County: Denton and Denton
- State and Zip Code: TX 76201
- Telephone Number:
- E-mail Address (if known): municipalcourt@cityofdenton.com

Scanned with CamScanner

**Defendant No. 5**

| | |
|---|---|
| Name | Gerard Hudspeth |
| Job or Title (if known) | City Council - Mayor Pro Temp - District 1 |
| Street Address | 215 E McKinney St. |
| City and County | Denton and Denton |
| State and Zip Code | 76201 TX |
| Telephone Number | 9403958006 |
| E-mail Address (if known) | gerard.hudspeth@cityofdenton.com |

**Defendant No. 6**

| | |
|---|---|
| Name | Jesse Davis |
| Job or Title (if known) | District 3 - City Council |
| Street Address | 215 E McKinney St. |
| City and County | Denton and Denton |
| State and Zip Code | 76201 TX |
| Telephone Number | 9402087439 |
| E-mail Address (if known) | jesse.davis@cityofdenton.com |

**Defendant No. 7**

| | |
|---|---|
| Name | John Ryan |
| Job or Title (if known) | District 4 - City Council |
| Street Address | 215 E McKinney St. |
| City and County | Denton and Denton |
| State and Zip Code | 76201 TX |
| Telephone Number | 9402067213 |
| E-mail Address (if known) | john.ryan@cityofdenton.com |

**Defendant No. 8**

| | |
|---|---|
| Name | Paul Meltzer |
| Job or Title (if known) | At Large Place 6 |
| Street Address | 215 E McKinney St |
| City and County | Denton and Denton |
| State and Zip Code | 76201 TX |
| Telephone Number | 9402202027 |
| E-mail Address (if known) | paul.meltzer@cityofdenton.com |

Scanned with CamScanner

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 9
- Name: Aaron Leal
- Job or Title (if known): City Attorney
- Street Address: 215 E McKinney St
- City and County: Denton and Denton
- State and Zip Code: TX 76201
- Telephone Number: 9403498333
- E-mail Address (if known): aaron.leal@cityofdenton.com

Defendant No. 10
- Name: Stephanie Berry
- Job or Title (if known): Lead Prosecutor
- Street Address: 215 E McKinney St
- City and County: Denton and Denton
- State and Zip Code: TX 76201
- Telephone Number: 9403498333
- E-mail Address (if known): stephanie.berry@cityofdenton.com

Defendant No. 11
- Name: Juli Luke
- Job or Title (if known): County Clerk
- Street Address: 1450 E McKinney St
- City and County: Denton Denton
- State and Zip Code: TX 76209
- Telephone Number:
- E-mail Address (if known): juli.luke@dentoncounty.com; juli.luke@yahoo.com

Defendant No. 12
- Name: Tracee Murphree
- Job or Title (if known): Denton County Sheriff
- Street Address: 127 N Woodrow Lane
- City and County: Denton and Denton
- State and Zip Code: TX 76205
- Telephone Number: 9403491600
- E-mail Address (if known): tracee.murphree@dentoncounty.com

Scanned with CamScanner

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Constitutional takings; Ultra Vires Actions Resulting in Denial / Infringement upon Rights to Life, Libery and the Pursuit of Happiness - Unlawful Restraint (Kidnapping), Gross Neglect of Duty causing Injury; Retaliation for filing complaint, Defamation of Character via defrauding the court system
Request for declaratory and injunctive relief - removal of Criminal Indictment to jury trial

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* Stephen Dillenberg, is a citizen of the State of *(name)* Texas.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____
       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* Frank Dixon, et al, is a citizen of the State of *(name)* Texas. Or is a citizen of *(foreign nation)* _____.

Scanned with CamScanner

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

lost wages, unlawful arrest and defamation resulted in incalculable lost opportunity; failure to uphold oaths of office caused delay in proceeding with suit; retaliation; mental anguish

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

2317 Wildwood Lane, Denton, TX 76210 - City of Denton Municipal Complex - et. al

B.    What date and approximate time did the events giving rise to your claim(s) occur?

8/11/2019 - present

C. **What are the facts underlying your claim(s)?** *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

In keeping with the status quo and attacking individuals who threaten it, the named defendants, and others, did unlawfully restrain Mr. Dillenberg so as to enter an unlawful arrest into the public record, in an attempt to prevent the lawful continuation of commerce, and defame his character. No formal indictment was ever brought until June 1st, 2020, and I have not received the evidence requested to prepare a counter suit. Now that they are fearful of repudiation and discovery of their crimes against my person, they have decided to formally indict me for a crime they know my actions do not satisfy the elements of, to further defame my character and preserve their deception. This satisfies the legal elements of defamation, constitutional takings, ultra vires actions, and defendants are named individually for this reason.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

As a result of defendants actions, my reputation has been defamed completely, for anyone who has sought to determine my character via the public record, and to date, there is no service for the people that can be ascertained by their actions.

I went from grossing nearly 3 million in 2017/2018, to half that in 2018/2019, and last year, with their refusal to do their jobs, and their choice to actually do harm against an innocent person for exposing corruption, my income in 2019/2020 is negligible, to date. They have cut off my ability to conduct commerce, and my bank accounts were put on a security freeze, though I had committed no crimes.

Additionally, they held unlawful secret meetings to decide on unlawful orders to be given to the community. Under 18 US Code 2331, their order to fire tear gas and rubber bullets into a peaceful protest on 6/1/2020 constitutes domestic terrorism because it put people in harms way, was meant to coerce and occurred on public property.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Their intentional conspiracy to defraud my reputation has resulted in incalculable damages to my reputation, and I am seeking $500,000.00 in relief, plus lawyer fees at this time. I also seek that they be indicted for their ultra-vires actions criminally, and they be charged with the same crimes with no implied immunity, as their actions did occur in the complete absence of jurisdiction. They had no right to engage in the behavior described, I did not consent to being involved with their fraudulent associations, and were I aware of the implication of failing to previously declare my living status, I never would have allowed them to make the error in presuming otherwise. Also, they refused to restore my estate and collapse the trusts they had unlawfully created.

The community has been damaged by their Domestic Terrorism, and they remain insistent upon imposing a curfew. This is an attack on 1st amendment rights to petition. They also denied remonstrance for public safety issues previously presented. Declaratory and Injunctive relief for all orders suspending public rights.

Scanned with CamScanner

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06/04/2020

Signature of Plaintiff: *Stephen Paul Dillenberg*

Printed Name of Plaintiff: Stephen Dillenberg

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

Scanned with CamScanner