UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| STEPHEN PAUL DILLENBERG | § | |
| | § | |
| v. | § | CIVIL CASE NO. 4:20-CV-458-SDJ |
| | § | |
| CHRISTOPHER WATTS, ET AL. | § | |

# MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 18, 2021, the Report of the Magistrate Judge, (Dkt. #129), was entered containing proposed findings of fact and recommendations that the City-Affiliated Defendants' Motions to Dismiss, (Dkts. #86; #87; #88; #89; #90; #91; #92; #93), and the Denton County Defendants' Motions to Dismiss, (Dkts. #84; #85), be granted. The Magistrate Judge further recommended that the City-Affiliated Defendants' Motion to Dismiss under *Younger*, (Dkt. #102), be denied. Having assessed the Report, and no objections thereto having been timely filed, the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that the City-Affiliated Defendants' Motions to Dismiss, (Dkts. #86; #87; #88; #89; #90; #91; #92; #93), and the Denton County Defendants' Motions to Dismiss, (Dkts. #84; #85), are **GRANTED**, and the City-Affiliated Defendants' Motion to Dismiss under *Younger*, (Dkt. #102), is **DENIED**.

Plaintiff Stephen Paul Dillenberg's claims under 42 U.S.C. § 1983 are **DISMISSED WITH PREJUDICE**, and Plaintiff Stephen Paul Dillenberg's state law claims are **DISMISSED WITHOUT PREJUDICE**.

**So ORDERED and SIGNED this 9th day of July, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE