## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| STEPHEN PAUL DILLENBERG | § | |
| | § | |
| v. | § | CIVIL CASE NO. 4:20-CV-458-SDJ |
| | § | |
| CHRISTOPHER WATTS, ET AL. | § | |

## FINAL JUDGMENT

Pursuant to the Court's Memorandum Adopting the Report and Recommendation of the United States Magistrate Judge, granting the City-Affiliated Defendants' Motions to Dismiss, (Dkts. #86; #87; #88; #89; #90; #91; #92; #93), and the Denton County Defendants' Motions to Dismiss, (Dkts. #84; #85), and denying the City-Affiliated Defendants' Motion to Dismiss under *Younger*, (Dkt. #102), entered on today's date, the Court hereby issues its Final Judgment, effective upon entry. It is therefore **ORDERED** that Plaintiff's claims under 42 U.S.C. § 1983 are **DISMISSED WITH PREJUDICE**, and Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE**.

All relief not previously granted is hereby denied.

**So ORDERED and SIGNED this 9th day of July, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE